AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| KENNETH A. THOMAS MD, LLC, individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br><br> THE IREMEDY HEALTHCARE COMPANIES, INC., f/k/a THE PAQUIN HEALTHCARE COMPANIES, INC., a Florida corporation, <br> *Defendant(s)* | CASE NO: 17-cv-14120-MIDDLEBROOKS/Lynch |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE IREMEDY HEALTHCARE
COMPANIES, INC.
c/o ANTHONY PAQUIN
2862 SE MONROE ST.
STUART, FL 34997

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dillon Brozyna
Edelson PC
123 Townsend, Suite 100
San Francisco, California 94107
Tel: 415.212.9300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Apr 11, 2017

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts